UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:14CR30063-001-DRH |
| ) | |
| v. ) | |
| ) | |
| Gilbert Summers, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED that the Writ of Execution for the 1999 Ford Crown Victoria, Vin # 2FAFP73W1XX111916, in this cause be and the same is hereby DISMISSED, without prejudice.

DATED: August 25, 2014

Digitally signed by
David R. Herndon
Date: 2014.08.25
10:11:26 -05'00'

_____
Honorable David R. Herndon
CHIEF UNITED STATES DISTRICT JUDGE